**JS-6 / STAY LIFTED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUY TRUONG, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> AP-DIAMOND BAR LLC, a limited liability company <br><br> Defendants. | Case No.: 8:22-cv-00191-JLS-JDE <br><br> **ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (DOC. 23)** |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," (Doc. 23) and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees. This Court shall retain jurisdiction to enforce the settlement terms between the parties.

**IT IS SO ORDERED** Dated:

July 5, 2022

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE